IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Erica Parker<br>7225 Shearwater Place<br>Philadelphia, PA 19153<br><br>Plaintiff,<br><br>v.<br><br>School District of Philadelphia, et al.<br>440 N. Broad Street<br>Philadelphia, PA 19130<br><br>Defendants. | NO.:   17-01744<br><br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## STIPULATION

AND NOW this ___19th___ day of ___July___, 2017, it is hereby STIPULATED and AGREED, by and between all parties, by and through their undersigned counsel, that Plaintiff's Deadline to Respond to Defendants' Motion to Dismiss is extended for fourteen (14) days.

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
*Attorney for Plaintiff*

/s/ Colin S. Haviland, Esquire
Colin S. Haviland, Esquire
*Attorney for Defendant, School District of Philadelphia*

**AND IT IS SO ORDERED.**

_____Jan E. DuBois_____, J.
7/19/17