**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ERICA PARKER | : | |
| | : | |
| Plaintiff, | : | NO.   2:17-cv-01744 |
| | : | |
| v. | : | |
| | : | |
| SCHOOL DISTRICT OF | : | |
| PHILADELPHIA, ET AL. | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendants. | : | |

## STIPULATION

**AND NOW**, this _____ day of _____, 2018, it is hereby

**STIPULATED** and **AGREED**, by and between Plaintiff, Erica Parker and Defendant, Jamal B. Dennis, by and through their undersigned counsel, that Plaintiff's Deadline to Respond to Defendant, Jamal B. Dennis' Motion to Dismiss is extended until September 20, 2018.

| | |
|---|---|
| **WEISBERG LAW** | **SCHOOL DIST. OF PHILADELPHIA** |
| | |
| */s/ Matthew B. Weisberg* | */s/ Colin S. Haviland* |
| Matthew B. Weisberg, Esquire | Colin S. Haviland, Esquire |
| L. Anthony DiJiacomo, III, Esquire | *Attorney for Defendants, Jamal B. Dennis* |
| *Attorneys for Plaintiff* | *and School District of Philadelphia* |

**AND IT IS SO ORDERED.**

_____
,J.