# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERICA PARKER,**<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>**SCHOOL DISTRICT OF PHILADELPHIA, doing business as "EDWARD T. STEEL ELEMENTARY SCHOOL,"**<br>**JAMAL B. DENNIS, Individually and in his Official Capacity as Principal of Edward T. Steel Elementary School, doing business as School District of Philadelphia,**<br>**STAFFING PLUS HOLDINGS, INC.,**<br>**ALLISON JOHNSTONE, doing business as "STAFFING PLUS HOLDINGS, INC.,"**<br>**INTERCOMMUNITY ACTION, INC.,**<br>**SHARON STARK, doing business as "INTERCOMMUNITY ACTION., INC.,"**<br>**URSULA WACYK, doing business as "INTERCOMMUNITY ACTION., INC.,"**<br>**and JOHN DOES 1-10,**<br>　　　　　Defendants. | **CIVIL ACTION**<br><br><br><br>**NO. 17-1744** |

## O R D E R

**AND NOW**, this 12th day of October, 2018, upon consideration of Defendant the School District of Philadelphia's Motion to Dismiss Plaintiff's Second Amended Complaint (Document No. 34, filed June 26, 2018), Defendant Jamal B. Dennis's Motion to Dismiss Plaintiff's Second Amended Complaint (Document No. 44, filed August 16, 2018), and Motion to Dismiss Second Amended Complaint by Defendants Staffing Plus Holdings, Inc. and Alison Clark f/k/a Alison Johnson (Document No. 45, filed August 17, 2018), and the related filings of the parties, for the reasons stated in the Memorandum dated October 12, 2018, **IT IS ORDERED** as follows:

1. The Motion to Dismiss filed by the School District of Philadelphia is **DENIED**.

2. The Motion to Dismiss filed by Jamal B. Dennis is **DENIED**.

3. The Motion to Dismiss filed by Staffing Plus Holdings, Inc. and Alison Clark is **GRANTED IN PART AND DENIED IN PART**, as follows:

   a. That part of the Motion to Dismiss filed by Staffing Plus Holdings, Inc. and Alison Clark which seeks dismissal of plaintiff's First Amendment Retaliation claim under § 1983 (Count I) is **DENIED**.

   b. That part of Staffing Plus Holdings and Alison Clark's Motion to Dismiss which seeks dismissal of plaintiff's Wrongful Termination claim (Count II) is **GRANTED IN PART AND DENIED IN PART**, as follows:

   i. That part of Staffing Plus Holdings, Inc. and Alison Clark's Motion to Dismiss which seeks dismissal of plaintiff's Wrongful Termination claim (Count II) against defendant Alison Clark is **GRANTED**, and this claim is **DISMISSED WITH PREJUDICE**.

   ii. That part of Staffing Plus Holdings, Inc. and Alison Clark's Motion to Dismiss which seeks dismissal of plaintiff's Wrongful Termination claim (Count II) against defendant Staffing Plus Holdings, Inc. is **DENIED**.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

  **DuBOIS, JAN E., J.**