IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERICA PARKER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SCHOOL DISTRICT OF | : | |
| PHILADELPHIA, et al. | : | NO. 17-1744 |

## CIVIL JUDGMENT

AND NOW, this 21st day of November, 2019, in accordance with this court's order of November 21, 2019, granting summary judgment in favor of defendants Intercommunity Action, Inc., Sharon Stark, and Ursala Wacyk (Doc. 77), defendants the School District of Philadelphia and Jamal B. Dennis (Doc. 78), and defendants Staffing Plus Holdings, Inc. and Allison Johnstone (Doc. 79), it is hereby

## ORDERED

that judgment is entered in favor of all defendants and against plaintiff Erica Parker.

BY THE COURT:

_/s/ Thomas J. Rueter_____
THOMAS J. RUETER
United States Magistrate Judge